**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: <br><br> JUDITH MARY KAY FARSON-SCANTLIN | CHAPTER 13 <br><br> CASE NO. 19-40018-JMM |

### TRUSTEE'S FINDINGS AND RECOMMENDATIONS

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor(s) plan, petition, and any amendments and does not believe that the Plan complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**

1. Debtor's plan provides for a priority debt of $16,000. Priority claims have been filed in the amount of $11,531 and the ISTC has filed a secured claim in the amount of $4,319 plus 4% interest. This will need to be address in the confirmation order since the secured claim of the ISTC was not provided for in the Debtor's plan but the amount owed is approximately the same.
2. Schedule H will need to be amended to list the Debtor's prior spouse as a co-Debtor.
3. Debtor will need to file her 2018 state and federal tax returns in order to determine if additional debt is owed for her priority claims. Additionally, Debtor has failed to turnover a copy of her 2016 state and federal taxes to the Trustee or proof of filing of the same.
4. Counsel for the Debtor will need to file a detailed fee application for attorney's fees requested in the amount of $4,990.
5. Debtor's transportation related expenses of $369 per month exceeds the IRS allowance for a household of one. It is unclear why this expense is so high. Plan payments should increase by fitty to a hundred dollars a month for the overstated expense.

6. Debtor filed this case on January 10, 2019. Bank statements have been provided to the Trustee's office through January 7, 2019. Trustee will need a complete copy of the bank statement beginning January 8, 2019 to verify the amount of funds in the Debtor's accounts on the date of filing.
7. Trustee will need a copy of the Debtor's installment contract with Westlake Financial. In the event that the 2013 Hyundai Elantra is paid off before the end of the plan, plan payments will need to increase at that time.

DATED: February 25, 2019

/s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JUDITH MARY KAY FARSON-SCANTLIN
616 13TH AVE N
BUHL, ID 83316

/s/ Matthew Mallard
**Matthew Mallard, Case Administrator**